JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HERBERT AXUP, | ) No. CV11-7636 R (MRWx) |
| Plaintiff, | ) |
| vs. | ) **CONSENT ORDER** |
| BANKERS LIFE AND CASUALTY COMPANY, a corporation; and DOES 1 through 30, inclusive, | ) |
| Defendants. | ) |

This matter comes before me upon joint stipulation of the Plaintiff and the Defendant to remand this case to the Superior Court for the County of Los Angeles California from which it was removed. It appears that the Defendant removed this case on the grounds that, despite Plaintiff's alleged waiver of "damages" over $75,000 in the Complaint, Plaintiff's Complaint did not waive attorneys' fees over the jurisdictional minimum, and further, diversity of citizenship existed between the parties. Since filing the notice of removal, however, Plaintiff has stipulated that the entire amount in controversy of this case is under $75,000, inclusive of all interest, attorneys' fees and costs, and that, under no circumstances, would Plaintiff (or his attorneys) seek or accept damages, including interest, (of any kind) and attorneys' fees and costs totaling in excess of $75,000 in the aggregate, even if awarded by the trier of fact.

Based on the foregoing, **IT IS ORDERED** that this case be remanded to the Superior Court for the County of Los Angeles California;

**IT IS FURTHER ORDERED** that this Order does not prejudice Defendant's right to apply for return to this Court in the event in the event that plaintiff attempts to circumvent the monetary stipulations set forth in the joint motion to remand.

October 14, 2011.

_____
Manuel L. Real
United States District Court Judge